Rakoff, J
p. 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McCORDNELL CARR; HOLBERT MURRAY; RONALD EVELYN; ALTON WILLIAMS; and ANDREW CYRUS,<br><br>Plaintiffs,<br><br>-against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; and ABM JANITORIAL SERVICES NORTHEAST, INC.,<br><br>Defendants. | Civil Action No. 09 CV 7825 (JSR) (JCF)<br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs or fees to either party.

By: _Mariann Wang_  
Mariann Meier Wang, Esq.  
Sarah Netburn, Esq.  
Emery Celli Brinckerhoff & Abady LLP  
75 Rockefeller Plaza  
New York, New York 10019  
212.763.5000  

Attorneys for Plaintiffs

Date: New York, New York  
July 7, 2010

By: _____  
Craig Benson, Esq.  
Sara D. Sheinkin, Esq.  
Littler Mendelson, P.C.  
900 Third Avenue  
New York, New York 10022  
212.583.9600  

Attorneys for Defendants

Date: New York, New York  
_____, 2010

So Ordered:

_____  
U.S.D.J.  
7-9-10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-12-10